1

2

3

4

5

6                       **UNITED STATES DISTRICT COURT**

7                    **NORTHERN DISTRICT OF CALIFORNIA**

8                         **SAN FRANCISCO DIVISION**

9

10   LEONARD D. ROSS,                        Case Number 11-cv-05467 NC

11              Plaintiff,                    **ORDER DISMISSING**
                                             **COMPLAINT WITH LEAVE TO**
12        v.                                  **AMEND**

13   JFK TOWERS TENANTS; KOMAL D.
     GOUNDAS; and JOHN A. ADEKUNJO,
14
                Defendants.
15

16

17        The Court granted Plaintiff Ross's motion to proceed in forma pauperis ("IFP") on

18   November 10, 2011.  Dkt. No. 4.  A district court may dismiss the complaint of an IFP applicant

19   at any time if it determines that the complaint fails to state a claim upon which relief may be

20   granted.  28 U.S.C. § 1915(e)(2)(B)(ii).  As Ross consented to the jurisdiction of a magistrate

21   judge on November 17, 2011, Dkt. No. 5, and as Ross' complaint fails to state a claim upon

22   which relief may be granted, Ross's complaint is DISMISSED WITH LEAVE TO AMEND.

23        Based on his complaint, Ross appears to allege that Defendants discriminated against him

24   with respect to housing in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 1982, 28

25   U.S.C. § 2680, Article 1 § 25 of the California Constitution, "Article I § 3 Sec. 4 Liberty of

26   Conscience," "Art VI § 17 Sec. 17," "moral torpitude under color of law," and "Article XXXIV."

27   Dkt. No. 1, Complaint at 1.  None of these statutes and articles provides a cause of action for

28   housing discrimination.  Moreover, the only information that Ross provides in his complaint with

Case No. 11-cv-05467 NC
ORDER DISMISSING CASE

1  respect to housing discrimination is a copy of a claim he filed against the San Francisco Housing

2  Authority, which appears to be unrelated to the Defendants in this case.  *See id.* at 8.  The San

3  Francisco Housing Authority denied the claim.  *Id.*

4       Because Ross's complaint is devoid of any allegations to raise the inference that he

5  suffered housing discrimination in violation of any law, his complaint is dismissed with leave to

6  amend.  Ross may file an amended complaint within thirty days of the date this order is filed.

7       The Court advises Ross to seek advice from experienced attorneys before amending his

8  complaint.  The San Francisco Courthouse Legal Help Center provides advice to pro se litigants

9  free of charge and is located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California

10  94102.  Ross may contact the Legal Help Center at 415.782.9000 extension 8657 to set up an

11  appointment.

12       IT IS SO ORDERED.

13

DATED: December 15, 2011

14                                    NATHANAEL M. COUSINS
                                      United States Magistrate Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 11-cv-05467 NC
ORDER DISMISSING CASE