UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARD D. ROSS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JFK TOWERS TENANTS; KOMAL D. GOUNDAS; and JOHN A. ADEKUNJO,<br><br>　　　　　Defendants. | Case Number 11-cv-05467 NC<br><br>**ORDER DISMISSING COMPLAINT WITH LEAVE TO AMEND** |

The Court granted Plaintiff Ross's motion to proceed in forma pauperis ("IFP") on November 10, 2011. Dkt. No. 4. A district court may dismiss the complaint of an IFP applicant at any time if it determines that the complaint fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). As Ross consented to the jurisdiction of a magistrate judge on November 17, 2011, Dkt. No. 5, and as Ross' complaint fails to state a claim upon which relief may be granted, Ross's complaint is DISMISSED WITH LEAVE TO AMEND.

Based on his complaint, Ross appears to allege that Defendants discriminated against him with respect to housing in violation of Title VII of the Civil Rights Act, 42 U.S.C. § 1982, 28 U.S.C. § 2680, Article 1 § 25 of the California Constitution, "Article I § 3 Sec. 4 Liberty of Conscience," "Art VI § 17 Sec. 17," "moral torpitude under color of law," and "Article XXXIV." Dkt. No. 1, Complaint at 1. None of these statutes and articles provides a cause of action for housing discrimination. Moreover, the only information that Ross provides in his complaint with

1  respect to housing discrimination is a copy of a claim he filed against the San Francisco Housing
2  Authority, which appears to be unrelated to the Defendants in this case. *See id.* at 8.  The San
3  Francisco Housing Authority denied the claim. *Id.*

4  Because Ross's complaint is devoid of any allegations to raise the inference that he
5  suffered housing discrimination in violation of any law, his complaint is dismissed with leave to
6  amend.  Ross may file an amended complaint within thirty days of the date this order is filed.

7  The Court advises Ross to seek advice from experienced attorneys before amending his
8  complaint.  The San Francisco Courthouse Legal Help Center provides advice to pro se litigants
9  free of charge and is located at 450 Golden Gate Avenue, 15th Floor, San Francisco, California
10  94102.  Ross may contact the Legal Help Center at 415.782.9000 extension 8657 to set up an
11  appointment.

12  IT IS SO ORDERED.

DATED: December 15, 2011

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 11-cv-05467 NC
ORDER DISMISSING CASE