UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LEONARD D. ROSS,<br><br>        Plaintiff,<br><br>    v.<br><br>JFK TOWERSTENANTS; KOMAL D. GOUNDAS; and JOHN A. ADEKUNJO,<br><br>        Defendants. | Case Number 11-cv-05467 NC<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE**<br><br>Re: Dkt. No. 11 |

      On December 15, 2011, the Court dismissed Ross's complaint for housing discrimination for failure to state a claim upon which relief may be granted. Dkt. No. 10. Ross filed an amended complaint on January 9, 2012. Dkt. No. 11. A district court may dismiss the complaint of an IFP applicant at any time if it determines that the complaint fails to state a claim upon which relief may be granted. 28 U.S.C. § 1915(e)(2)(B)(ii). As Ross's amended complaint is devoid of any allegations that give rise to the reasonable inference that Defendants discriminated against Ross, and because Ross consented to the jurisdiction of a magistrate judge, Dkt. No. 5, the amended complaint is DISMISSED WITH PREJUDICE.

      IT IS SO ORDERED.

DATED: January 10, 2012

                                                                                               NATHANAEL M. COUSINS<br>
                                                                                               United States Magistrate Judge